## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

**IN RE:**                                                  **CASE NO.   13-21643**

    **Louis G. Pelletier**
    **Linda D. Pelletier**
**DEBTOR(S)**                                              **CHAPTER 13**

### ORDER DISMISSING CHAPTER 13 CASE

_____   The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

\_\_X\_\_   A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case.  The court finds, after notice and a hearing, that the motion should be granted without prejudice.

_____   A Court's motion having been heard in accordance with 521 (I) for failure to file missing documents in accordance with the deficiency notice, ECF No. _____,  and notice having been given.

## IT IS ORDERED THAT:

1.  This chapter 13 case is dismissed.

2.  The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.

Dated: January 24, 2014

Albert S. Dabrowski
**Chief United States Bankruptcy Judge**